THOMAS P. O'BRIEN
United States Attorney
SHERI PYM
Assistant United States Attorney
Chief, Riverside Branch Office
JERRY A. BEHNKE (SBN: 180462)
Assistant United States Attorney
    3880 Lemon Street, Suite 210
    Riverside, California 92501
    Telephone: (951) 276-6211
    Facsimile: (951) 276-6202
    E-mail: Jerry.Behnke@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. ED CR 07-00170-SGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | <u>FINDINGS AND ORDER</u> |
| v. | ) | |
| | ) | |
| CATALINA RAMIREZ, | ) | |
| JOSE RAMIREZ-REYES, | ) | |
| LEONARDO LIMAS-RAMIREZ, and | ) | |
| VIANEY MARTINEZ-MEDINA, | ) | |
| | ) | |
| Defendant. | ) | |

IN THE ABOVE-CAPTIONED MATTER:

The Indictment in this case was filed on November 27, 2007. Defendants first appeared before a judicial officer in the court in which this charge is pending on November 15, 2007. The Speedy Trial Act of 1974, 18 U.S.C. § 3161 <u>et seq.</u>, originally required that defendant's trial commence on or before February 5, 2008.

On December 5, 2007, defendants were arraigned on the Indictment and the court set a trial setting conference for

December 17, 2007.

   At the trial setting conference on December 17, 2007, the parties requested that trial be scheduled for February 19, 2008. Based on the request of the parties, the Court set jury trial for February 19, 2008 and set a pretrial conference for February 11, 2008 at 2:00 p.m.

   The parties have stipulated to the following:

      a.   The period from December 17, 2007 to February 19, 2008 is excludable time because defense counsel needs the requested time to review the discovery, discuss this matter with defendants, and prepare for trial.  Additionally, Mr. Belter, counsel for defendant Martinez-Medina, is engaged in a murder trial in the California Superior Court for San Bernardino County. That trial is expected to last until mid-January.  Therefore, Mr. Belter is currently unavailable for trial in this matter.

      b.   Defendants' counsel have discussed defendants' speedy trial rights with the defendants.  Defendants concur with the requested trial date.

   Based on the comments of counsel at the hearing on December 17, 2007, and on the stipulation of the parties, THE COURT FINDS that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that, for the purpose of computing time under the Speedy Trial Act, 18

U.S.C. § 3161, *et seq.*, within which trial must commence, the time period from September 24, 2007 to November 19, 2007 is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) because it results from a continuance granted by the court at the defendants' request without government objection on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Nothing in this order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

IT IS SO ORDERED.

Dated: January 11, 2008

HONORABLE STEPHEN G. LARSON
United States District Judge

Presented by:

   /s/

JERRY A. BEHNKE
Assistant United States Attorney

3