```
 1 │ THOMAS P. O'BRIEN
   │ United States Attorney
 2 │ SHERI PYM
   │ Assistant United States Attorney
 3 │ Chief, Riverside Branch Office
   │ JERRY A. BEHNKE (Cal. State Bar No.: 180462)
 4 │ Assistant United States Attorney
   │     3880 Lemon Street, Suite 210
 5 │     Riverside, California 92501
   │     Telephone: (951) 276-6211
 6 │     Facsimile: (951) 276-6202
   │     E-mail: Jerry.Behnke@usdoj.gov
 7 │
   │ Attorneys for Plaintiff
 8 │ United States of America
```

FILED
CLERK, U.S. DISTRICT COURT
NOV 15 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

LODGED
2007 NOV 15 PM 12:02
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
RIVERSIDE

EDCR 07-170 SGL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ED07-0341M

| UNITED STATES OF AMERICA, | ) No. |
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER FOR DESIGNATING AND DETAINING MATERIAL WITNESSES WITH APPEARANCE BOND SECURED BY THIRD PARTY AFFIDAVIT OF SURETY WITHOUT JUSTIFICATION |
| CATALINA RAMIREZ, JOSE RAMIREZ-REYES, LEONARDO LIMAS-RAMIREZ, and VIANEY MARTINEZ-MEDINA, | ) |
| Defendants. | ) |

FOR GOOD CAUSE SHOWN, and pursuant to 18 U.S.C. § 3144, IT IS HEREBY ORDERED that the following persons are hereby declared to be material witnesses in the above-captioned case:

1. MARIA CORNEJO-GARCIA

2. ESTHER HERNANDEZ-RAMIREZ

IT IS HEREBY FURTHER ORDERED that these aforementioned material witnesses shall be bound over to the custody of the United States Marshal, Central District of California, or in the alternative, released under the following conditions to assure their presence at trial:

1  (1) the furnishing of a $5,000 appearance bond secured by a third-party affidavit of surety without justification (with approval of the surety by Pre-trial Services); and

2  (2) Pre-trial Services supervision.

DATED: 11/15/07

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____
JERRY A. BEHNKE
Assistant United States Attorney

2